# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# NO. 3:04CV301-H

| | |
|---|---|
| CHARLES GOODWIN, | ) |
| Plaintiff, | ) |
| vs. | ) **ORDER OF DISMISSAL** |
| | ) **FOR FAILURE TO PROSECUTE** |
| PHILLIP MORRIS USA, INC., | ) **FED. R. CIV. P. 4(m)** |
| Defendant. | ) |

**THIS MATTER** is before the Court on its own Motion and it appears that the Plaintiff filed his Complaint on June 21, 2004; that a Summons was issued the same day; that no return of service or waiver of service has been filed; that on July 14, 2005, the Clerk mailed the Plaintiff a notice stating that this action would be dismissed unless he filed a return of service or took some other action to extend the time for service within 20 days; and that the Plaintiff has not responded to the notice, nor has he filed a return of service or otherwise taken any other action in prosecution of this action.

**NOW THEREFORE, IT IS ORDERED** that pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, this matter is **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED.**

Signed: February 28, 2006

Graham C. Mullen
United States District Judge